IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 0 7 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

JEFFREY WILLIAM KUYKENDALL,        )
                                   )
                    Plaintiff      )        Civil Action No. 7:05cv00581
                                   )
v.                                 )        **FINAL ORDER**
                                   )
YOUNG LIFE,                        )        By: Samuel G. Wilson
                    Defendant.     )        United States District Judge


In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and

**ADJUDGED** that defendant's motion for summary judgment is **GRANTED**. This matter is

**STRICKEN** from the active docket of the court.


**ENTER**: This November 7, 2006.

_____
UNITED STATES DISTRICT JUDGE