FILED: January 31, 2008

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

---

No. 06-2240
(7:05-cv-00581-SGW)

---

JEFFREY WILLIAM KUYKENDALL,

    Plaintiff - Appellant

v.

YOUNG LIFE,

    Defendant - Appellee

---

M A N D A T E

---

The judgment of this Court, entered January 9, 2008, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                /s/Patricia S. Connor, Clerk